**KATHLEEN A. LEAVITT**
Chapter 13 Bankruptcy Trustee
District Of Nevada
201 Las Vegas Blvd South, Suite 200
LAS VEGAS, NEVADA 89101
(702) 853-0713

RECEIVED
AND

MAR 24  9 46 AM '11

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RE:  Jospeh M. Debick
     1244 Diamond Valley Street
     Henderson, NV 89052

                                        BK-S-07-14667-BTB
                                        Chapter 13

## NOTICE OF UNCLAIMED FUNDS

TO:  Clerk, United States Bankruptcy Court

From: Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim# | Claimant & Address | CAS 106000 | CAS163300 |
|---|---|---|---|
| Claim #07 | Salty Dog Poker Lounge<br>9821 So Eastern Avenue<br>Las Vegas, NV 89183 |  | $1009.20 |

                                Totals         $1009.20
                                Date: MAR 2 4 2011

*Kathleen A. Leavitt, Trustee*
   Kathleen A. Leavitt
   Chapter 13 Bankruptcy Trustee

NOTE:  Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 goes into CAS 613300. The amounts that are to be deposited into the Registry can be written on one check.
CC:  Joseph M. Debick
     Ellen Stoebling, Esquire

#200772                              $1009.20